UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 18-3391 (DSD/TNL)

John Edwards,

    Plaintiff,

v.

McLeod County Jail,

    Defendant.

This matter is before the court upon the report and recommendation (R&R) of Magistrate Tony N. Leung, dated February 4, 2019. On January 4, 2019, the magistrate judge ordered pro se plaintiff John Edwards to pay an initial $30.00 filing fee within twenty days. Edwards did not do so. The magistrate judge now recommends that the court dismiss Edwards' complaint for failure to prosecute. See Fed. R. P. 41(b). No objections to the R&R have been filed within the time period permitted. See D. Minn. LR 72.2(b)(1). Under these circumstances, the court finds it appropriate to adopt the R&R.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The R&R [ECF No. 5] is adopted in its entirety;

2. The application to proceed in district without prepaying fees or costs [ECF No. 2] is denied; and

3. The action is dismissed without prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 27, 2019

s/David S. Doty
David S. Doty, Judge
United States District Court
